UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELGA JEOVANKA SURIEL,<br><br>                Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>                Defendant. | 25 CIVIL 09239 (MKV)(HJR)<br><br>**JUDGMENT** |

      It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons

stated in the Court's Stipulation and Order dated June 22, 2026, the Commissioner's decision be,

and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of

Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative

proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). On

remand, Plaintiff will be offered the opportunity for a new hearing. See Shalala v. Schaefer, 509

U.S. 292 (1993).

**Dated:**   New York, New York
          June 23, 2026

                                        **TAMMI M. HELLWIG**
                                          **Clerk of Court**

**BY:**

                                        **Deputy Clerk**